UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| LOGAN ABBY | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-474-JDL |
| | ) | |
| vs. | ) | |
| | ) | |
| THE THOMAS AGENCY | ) | |
| Defendant | ) | |

NOW COMES, the Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action, with prejudice, and herby provides Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. No Answer or Motion for Summary Judgment has been filed by the Defendants.

3. An agreement for settlement has been executed between the parties.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), *with Prejudice.*

February 28, 2018

Respectfully submitted,
Counsel for the Plaintiff,

/s/ Keith A. Mathews
ATTY. Keith A. Mathews
ME BN: 5382
Associated Attorneys of New England
587 Union Street
Manchester, NH 03104
Tel: (603) 622-8100
Fax: (888) 912-1497
keith@aaone.law

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date of filing.

Dated: 2-28-15

/s/ Keith A. Mathews, Esq.
Keith A. Mathews